McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, SBOT 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LY HOA KHEM, ) <br> ) <br>     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. CIV 08-00493-KJM <br><br> DEFENDANT'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

TO THE HONORABLE JUDGE OF SAID COURT;

      Defendant, Commissioner of Social Security, hereby moves the Court for leave to submit supplemental authority in support of his Cross-Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Summary Judgment, and would respectfully submit the following:

      On September 29, 2008, Plaintiff filed her Motion for Summary Judgment (Doc. 14) with Plaintiff's Brief (Doc. 14-2) herein. Defendant filed his Cross-Motion for Summary Judgment (Doc. 15) and Memorandum of Points and Authorities in Support of Defendant's Cross-Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Summary Judgment (Doc. 15-2) on November 4, 2008. Plaintiff filed Plaintiff's Reply to Defendant's Cross-Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Summary Judgment on November 25, 2008 (Doc. 16) (hereinafter,

"Plaintiff's Reply").

Plaintiff submitted supplemental authority in Plaintiff's Reply to support her contention that a person such as Plaintiff who was limited to simple, repetitive tasks could only perform jobs rated in the Dictionary of Occupational Titles ("DOT") at Reasoning Level 1. See Plaintiff's Reply at 2, lines 1-8; see also Wahl v. Astrue, ("Wahl"), No. CIV-06-1551-KJM (E. D. Cal. Sept. 28, 2007) (unpublished), cited therein.

After this Court issued its ruling in Wahl, the Ninth Circuit Court of Appeals addressed the same issue in an unpublished opinion in Daniel A. Lara v. Michael J. Astrue, ("Lara"), No. 07-55903 (9th Cir. Nov. 19, 2008) (request for publication pending) (copy of opinion attached), and came to the opposite conclusion. In Lara, the Ninth Circuit held that "someone able to perform simple, repetitive tasks is capable of doing work requiring more rigor and sophistication – in other words, Reasoning Level 2 jobs." Lara, slip op. at 3. This unpublished opinion is cited pursuant to Ninth Circuit Rule 36-3 because it is the only Ninth Circuit case on point.

Therefore, Defendant requests that this Court grant leave for Defendant to submit supplemental authority in support of his Cross-Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Dated: November 26, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

 /s/  Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

United States Social Security Administration

ORDER

IT IS SO ORDERED.

Dated:  December 1, 2008.

U.S. MAGISTRATE JUDGE